# INDEX OF FILINGS IN THE STATE COURT ACTION

| No. | Document | Date of Filing |
|---|---|---|
| 1 | State Court Docket Sheet | |
| 2 | Original Petition | December 3, 2013 |
| 3 | Civil Case Information Sheet | December 3, 2013 |
| 4 | Correspondence to the Clerk | December 3, 2013 |
| 5 | First Amended Original Petition | December 4, 2013 |
| 6 | Issued Citation | December 18, 2013 |
| 7 | Return of Citation | January 3, 2014 |
| 8 | Return of Service | February 3, 2014 |