# Exhibit 1

Skip to Main Content  Logout  My Account  Search Menu  New Civil District Search  Back     Location : All District Civil Courts  Help

Questions and Answers on Images

# CASE NO. DC-13-14212
# GANART TECHNOLOGIES INC VS. TURNKEY KIOSKS LLC

| Selected Event | Image | Page Count |
|---|---|---|
| 12/03/2013 NEW CASE FILED (OCA) - CIVIL | NEW CASE FILED (OCA) - CIVIL | 15 |

| Other Events on This Case | Image | Page Count |
|---|---|---|
| 12/03/2013 CASE FILING COVER SHEET | CASE FILING COVER SHEET | 1 |
| 12/03/2013 CORRESPONDENCE - LETTER TO FILE | CORRESPONDENCE - LETTER TO FILE | 1 |
| 12/04/2013 ISSUE CITATION | ISSUE CITATION | 2 |
| 12/04/2013 AMENDED PETITION | AMENDED PETITION | 16 |
| 02/03/2014 RETURN OF SERVICE | RETURN OF SERVICE/SOS | 0 |

| Other Images on This Case | Image | Page Count |
|---|---|---|
| 01/03/2014 RETURN | TURNKEY KIOSKS LLC - CITATION SOS/COI/COH/HAG | 3 |