# Exhibit 4



Jonathan C. LaMendola
214.220.5204

FILED

2013 DEC -3 PM 3:14 | direct fax
jlamendola@cobbmartinez.com
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO., TEXAS

_____ DEPUTY

December 3, 2013

Mr. Gary Fitzsimmons, Clerk
George L. Allen, Sr. Courts Building
600 Commerce Street, Suite 103
Dallas, TX 75202

13-14212 - ...-191..

Re:   *Ganart Technologies, Inc. v. TurnKey Kiosks, LLC*
      Our File No. 1138.00001

Dear Mr. Fitzsimmons:

Enclosed please find the following:

1. An original and two copies of Plaintiff's Original Petition, Request for Temporary Injunction, Request for Permanent Injunction, and Request for Disclosure with the Civil Case Information Sheet;

2. A check in the amount of $349.00 for your fees; and

3. A check in the amount of $55.00 made payable to the Texas Secretary of State.

Please file the original and return a file marked copy to the awaiting courier. Please then issue and serve the citation through its registered agent for the following:

Margaret Strachan
TurnKey Kiosks, LLC
8573 W. Mohawk Lane
Peoria, Arizona 85382

Thank you for your assistance in this matter. Please do not hesitate to give me a call if you have any questions.

Very truly yours,

Jonathan C. LaMendola

JCL/mr/112191
enclosure