# Exhibit 6

FORM NO. 353-4—CITATION  
~~THE STATE OF TEXAS~~

CERT MAIL (SOS)

To: TURNKEY KIOSKS LLC  
BY SERVING THE SECRETARY OF STATE  
OFFICE OF THE SECRETARY OF STATE  
CITATIONS UNIT - P.O. BOX 12079  
AUSTIN, TX, 78711

CITATION

No.: DC-13-14212

GANART TECHNOLOGIES INC  
VS.  
TURNKEY KIOSKS LLC

GREETINGS:  
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **FIRST AMENDED ORIGINAL** petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **191st District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **GANART TECHNOLOGIES INC**

Filed in said Court 4th day of December, 2013 against  
**TURNKEY KIOSKS LLC**

For suit, said suit being numbered DC-13-14212 the nature of which demand is as follows:  
Suit On **OTHER (CIVIL)** etc.  
as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.  
Given under my hand and the Seal of said Court at office **on this the 18th day of December, 2013**  
ATTEST: GARY FITZSIMMONS  
Clerk of the District Courts of Dallas, County Texas

By_____, Deputy  
TERESA JONES

ISSUED  
ON THIS THE 18TH DAY OF  
DECEMBER, 2013

GARY FITZSIMMONS  
Clerk District Courts,  
Dallas County, Texas

By **TERESA JONES**, Deputy

Attorney for : Plaintiff  
JONATHAN C LAMENDOLA  
COBB MARTINEZ WOODWARD PLLC  
1700 PACIFIC AVENUE  
SUITE 3100  
DALLAS TX 75201  
214-220-5204

DALLAS COUNTY CONSTABLE  
FEES PAID   FEES NOT PAID

OFFICER'S RETURN
FOR INDIVIDUALS

Cause No. DC-13-14212

Court No: 191st District Court

Style: GANART TECHNOLOGIES INC
vs.
TURNKEY KIOSKS LLC

Received this Citation the _____ day of _____, 20___ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20___, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

OFFICER'S RETURN
FOR CORPORATIONS

Received this Citation the _____ day of _____, 20___ at _____ o'clock ___.M. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20___, at _____ o'clock ___.M. by summoning the within named Corporation, _____ by CERT MAIL to _____
_____ President - Vice President - Registered Agent - in person, of the said
_____
a true copy of this citation together with the accompanying copy of Plaintiff's FIRST AMENDED original petition, WAS MAILED US CERTIFIED MAIL RETURN RECEIPT REQUEST.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:    To certify which witness by my hand.

| | | |
|---|---|---|
| For Serving Citation | $_____ | Sheriff _____ |
| For Mileage | $_____ | County of _____ |
| For Notary | $_____ | State of _____ |
| Total Fees | $_____ | By _____ |

(Must be verified if served outside the State of Texas)
State of _____
County of _____
       Signed and sworn to me by the said _____ before me this _____
day of _____, 20_____, to certify which witness my hand and seal of office.

Seal                                                                                           State & County of
                                                                                                _____

Ret receipt 9214 8901 0661 5400 0025 8643 31