# Exhibit 7

FORM NO. 353-4—CITATION

~~THE STATE OF TEXAS~~

To:   TURNKEY KIOSKS LLC
      BY SERVING THE SECRETARY OF STATE
      OFFICE OF THE SECRETARY OF STATE
      CITATIONS UNIT - P.O. BOX 12079
      AUSTIN, TX, 78711

CERT MAIL (SOS)

CITATION

No.: DC-13-14212

GANART TECHNOLOGIES INC
VS.
TURNKEY KIOSKS LLC

ISSUED
ON THIS THE 18TH DAY OF
DECEMBER, 2013

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **FIRST AMENDED ORIGINAL** petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **191st District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said **PLAINTIFF** being **GANART TECHNOLOGIES INC**

Filed in said Court 4th day of December, 2013 against
**TURNKEY KIOSKS LLC**

For suit, said suit being numbered   DC-13-14212  the nature of which demand is as follows:
Suit On  OTHER (CIVIL) etc.
as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
 Given under my hand and the Seal of said Court at office **on this the 18th day of December, 2013**
ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County Texas

By_____, Deputy
       TERESA JONES

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By **TERESA JONES**, Deputy

Attorney for : Plaintiff
**JONATHAN C LAMENDOLA**
**COBB MARTINEZ WOODWARD PLLC**
**1700 PACIFIC AVENUE**
**SUITE 3100**
**DALLAS TX  75201**
**214-220-5204**

DALLAS COUNTY CONSTABLE
FEES          FEES NOT
PAID          PAID

OFFICER'S RETURN
FOR INDIVIDUALS

FILED
14 JAN -3 AM 8: 10

Cause No. DC-13-14212

Court No: 191st District Court

Style: GANART TECHNOLOGIES INC
vs.
TURNKEY KIOSKS LLC

Received this Citation the _____ day of _____, 20____ at _____ o'clock. Executed at _____, within the County of _____, State of _____, on the _____ day of _____, 20____, at _____ o'clock, by delivering to the within named _____ each in person, a copy of this Citation together with the accompanying copy of Plaintiff's original petition, having first indorsed on same the date of delivery.

----------000000----------

OFFICER'S RETURN
FOR CORPORATIONS

Received this Citation the 18th day of Dec, 2013 at 10 o'clock a.M. Executed at Austin, within the County of _____, State of TX, on the 23 day of Dec, 2013, at 11:31 o'clock a.M. by summoning the within named Corporation, Turnkey Kiosks LLC by CERT MAIL to Secretary of State Citations Unit by US Certified mail President - Vice President - Registered Agent - in person, of the said return receipt received and signed by Frank Burton 12-23-13 a true copy of this citation together with the accompanying copy of Plaintiff's FIRST AMENDED original petition, WAS MAILED US CERTIFIED MAIL RETURN RECEIPT REQUEST.

----------000000----------

The distance actually traveled by me in serving such process was _____ miles and my fees are as follows:
For Serving Citation    $ 65           Sheriff Signed by Frank Burton
For Mileage             $              County of _____
For Notary              $              State of _____
Total Fees              $ 65           By Teresa Jones
                                          Deputy

(Must be verified if served outside the State of Texas)
State of _____
County of _____
    Signed and sworn to me by the said _____ before me this _____
day of _____, 20____, to certify which witness my hand and seal of office.

To certify which witness by my hand.

**GARY FITZSIMMONS**
DISTRICT CLERK
600 COMMERCE STREET
DALLAS, TEXAS 75202-4606

Seal

State & County of

Ret receipt 9214 8901 0661 5400 0025 8643 31


**UNITED STATES POSTAL SERVICE.**

Date: December 25, 2013

Confirm Delivery:

The following is in response to your December 25, 2013 request for delivery information on your Certified Mail™/RRE item number 9214890106615400025864331. The delivery record shows that this item was delivered on December 23, 2013 at 11:31 am in AUSTIN, TX 78711. The scanned image of the recipient information is provided below.

Signature of Recipient : 

Address of Recipient : 

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



The customer reference information shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

DC13-14212/TJ-DPRO
BY SERVING THE SECRETARY OF STATE OFFICE OF THE SECRETARY OF
TURNKEY KIOSKS LLC
CITATIONS UNIT
PO BOX 12079

(12-30-13)