# Exhibit 8

FILED
DALLAS COUNTY
2/3/2014 3:13:22 PM
GARY FITZSIMMONS
DISTRICT CLERK



# The State of Texas
## Secretary of State

2014-235392-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's First Amended Original Petition, Request for Temporary Injunction, Request for Permanent Injunction, and Request for Disclosure in the cause styled:

    Ganart Technologies Inc vs. Turnkey Kiosks LLC
    191st Judicial District Court Of Dallas County, Texas
    Cause No: DC1314212

was received by this office on December 23, 2013, and that a copy was forwarded on January 13, 2014, by CERTIFIED MAIL, return receipt requested to:

    TurnKey Kiosks, LLC
    Margaret Strachan, Registered Agent
    8573 W. Mohawk Lane
    Peoria, AZ 85382

The RETURN RECEIPT was received in this office dated January 21, 2014, bearing signature.



Date issued: January 27, 2014

*Nandita Berry*

Nandita Berry
Secretary of State

CT/vo