IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiffs, | §<br>§<br>§<br>§ | 3:14-cv-616 |
| V. | §<br>§ | |
| TURNKEY KIOSKS, LLC<br>Defendants. | §<br>§<br>§ | |

**DEFENDANT TURNKEY KIOSK, LLC'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.1, Defendant Turnkey Kiosks, LLC files this Certificate of Interested Parties:

1. Turnkey Kiosks, LLC ("Defendant") is an Arizona limited liability company whose four members are Gary K. Strachan, Margaret Strachan, Casey Strachan and Kelly Strachan, and own 100 percent of the interest in Defendant. Defendant has an interest in the outcome of the litigation.

2. Plaintiff Ganart Technologies, Inc. is a Delaware Corporation that has a financial interest in the outcome of this litigation.

3. A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

DAVIS MILES MCGUIRE GARDNER, PLLC

By: /s/ Joshua W. Carden
          Joshua W. Carden
          Texas Bar No. 24050379
          545 E. John Carpenter Freeway, Suite 300
          Irving, Texas 75062
          P. 972.674.3885
          F. 972.674.2935
          Attorney for Defendant, Turnkey Kiosks,

LLC
**CERTIFICATE OF SERVICE**

      On February ___ 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), including those parties identified below.

      /s/ Joshua W. Carden
      Joshua W. Carden

| | | |
|---|---|---|
| Jonathan C. LaMendola | ☐ | Certified Mail, Return Receipt Requested |
| Cobb Martinez Woodward, PLLC | X | US Regular First Class Mail |
| 1700 Pacific Avenue, Suite 3100 | X | Facsimile  214-220-5254 |
| Dallas TX 75201 | ☐ | Hand Delivery |