United States District Court

Northern District of Texas

Supplemental Civil Cover Sheet For Cases Removed
From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | J-191st Judicial District of Dallas County, Texas | 13-14212 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Ganart Technologies, Inc. (Plaintiff) | Jonathan LaMendola<br>Texas Bar No. 00792637<br>Cobb Martinez Woodward, PLLC<br>1700 Pacific Ave. #3100<br>Dallas, TX 75201<br>Phone: 214-220-5204 |
   | Turnkey Kiosks, LLC  (Defendant) | Joshua W. Carden<br>Texas Bar No. 24050379<br>Davis Miles McGuire Gardner, PLLC<br>545 E. John Carpenter Freeway, Suite 300<br>Irving, Texas 75062<br>Phone: 972.674.3885 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?         _X_ Yes ___ No

   If "Yes," by which party and on what date?

   Plaintiff_____          12/3/13_____
   Party                          Date

4. **Answer:**

   Was an Answer made in State Court?         ___ Yes _X_ No

   If "Yes," by which party and on what date?

   _____ _____
   Party                                   Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   **Party**                          **Reason(s) for No Service**
   N/A

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   **Party**                          **Reason**
   None

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff | Breach of Contract and Violations of the Texas Uniform Trade Secrets Act |