UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Ganart Technologies, Inc. | § | |
| *Plaintiff* | § § § | |
| v. | § § | Case No. 3:14-CV-00616-P |
| TurnKey Kiosks, LLC | § § § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of) Davis Miles McGuire Gardner, PLLC, with offices at

80 E. Rio Salado Pkwy #401
(Street Address)

Tempe                                      AZ                   85281
(City)                                     (State)              (Zip Code)

480-733-6800.
(Telephone No.)

**II.**   Applicant will sign all filings with the name David W. Williams.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

dwilliams@davismiles.com.
(E-mail Address)

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

TurnKey Kiosks, LLC

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Arizone, where Applicant regularly practices law.

Bar license number: 022764   Admission date: October 24, 2003

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., the State Bar of Texas).**

For Court Use Only.
Bar Status Verified:
_____

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| US District Court of Arizona | January 12, 2004 | Active |
| US District Court of Nevada | November 1, 2006 | Active |
| Nevada State Supreme Court | October 17, 2006 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

NA

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

NA

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

NA

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

NA

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Joshua W. Carden _____ who has offices at

545 E. John Carpenter Freeway, Suite 300
_____
(Street Address)

Irving                                          TX                          75062
_____        _____        _____
(City)                                         (State)                      (Zip Code)

972-674-3885
_____ .
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☒ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the  2nd   day of April_____, 2014 .

                                                      David W. Williams
                                                    Printed Name of Applicant

                                                    /s/ David W. Williams
                                                    Signature