

STATE BAR OF NEVADA

# Certificate of Good Standing

## David W. Williams

(Bar Number 10276) was admitted by the Supreme Court of the State of Nevada on 10/17/2006 as an Attorney and Counselor at law duly licensed to practice in all courts of the State of Nevada. It is hereby further certified that David W. Williams is now an Active member of the State Bar of Nevada in good standing.

DATED this Wednesday, March 19, 2014

Laurie K. Scheffler
Member Services Administrator
State Bar of Nevada

AO136 (Rev. 9/98) Certificate of Good Standing

# United States District Court

DISTRICT OF  Arizona

## CERTIFICATE OF GOOD STANDING

I,  Brian D. Karth , Clerk of this Court,

certify that  **David Wendell Williams**  duly admitted

to practice in this Court on  January 12, 2004 ,
DATE

and is in good standing as a member of the Bar of this Court.

Dated at  Phoenix, AZ  on  March 20, 2014
LOCATION                                   DATE

Brian D. Karth
CLERK

*Bett Stephen*
DEPUTY CLERK

# CERTIFICATE OF GOOD STANDING

I, Lance S. Wilson, Clerk of the United States District Court for the District of Nevada, do hereby certify that

## David W. Williams

*was duly admitted to practice in said Court on*

*Wednesday, November 1, 2006*

*and is in good standing as a member of the bar of said Court.*

Dated on
Friday, March 28, 2014

LANCE S. WILSON, Clerk of Court

By: _____
Deputy Clerk