IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiff, | § § § | 3:14-cv-616 |
| V. | § § § | |
| TURNKEY KIOSKS, LLC | § § § | |
| Defendant. | § | |

### ORDER GRANTING STIPULATED MOTION FOR LIMITED RELIEF

On this day the Court considered the parties' Stipulated Motion for Limited Relief submitted by the parties, and after reviewing the evidence, finds that the Motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that counsel for both parties confer by telephone in lieu of an in person meeting to complete the tasks required by this Court in the March 31, 2014 order.

**SIGNED** on _____, 2014.

_____
JUDGE PRESIDING