IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 3:14-CV-00616-P |
| | § | |
| TURNKEY KIOSKS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER TRANSFERING CASE TO MAGISTRATE

It is hereby ordered that this case is TRANSFERRED to the docket United States Magistrate Judge Paul D. Stickney to conduct all further proceedings and the entry of judgment, in accordance with 28 U.S.C. § 636(c) and the consent of the parties. All future pleadings and other papers in this case shall henceforth be filed under Civil Action Number 3:14-cv-0616-BF.

SO ORDERED, this 5th day of May, 2014.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE