IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-616-BF |
| | § | |
| TURNKEY KIOSKS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

As part of its First Amended Original Petition, Plaintiff Ganart Technologies, Inc. seeks a temporary injunction under state law to restrain Defendant Turnkey Kiosks, LLC from disclosing its confidential proprietary information to third parties. Plaintiff's request is not accompanied by a brief with citations to cases, statutes, or other legal authorities. The answer filed by Defendant is similarly deficient. The Court is thus unable to rule on the request on the state of the current pleadings.

Accordingly, Plaintiff shall file a motion and brief in support of its request for a temporary injunction by **May 20, 2014**. Defendant shall file a written response by **June 10, 2014**. Plaintiff may file a reply by **June 24, 2014.** The briefs must cite to relevant legal authority and otherwise comply with the requirements of Local Rule 7.2. If necessary, the Court will set this matter for an evidentiary hearing after the parties have submitted their briefs.

IT IS SO ORDERED, May 6, 2014.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE