IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>　　　　　Plaintiffs, | § § § § § | 3:14-cv-616 |
| V. | § § | |
| TURNKEY KIOSKS, LLC<br>　　　　　Defendant. | § § § § | |

## DEFENDANT TURNKEY KIOSK, LLC'S
## NOTICE OF SERVICE OF DISCOVERY

Defendant Turnkey Kiosks, LLC by and through undersigned counsel, hereby gives notice that on May 9, 2014, it served, via United States first-class mail and e-mail, First Set of Interrogatories and Response to Request for Production of Documents to Plaintiff.

　　　　　　　　　　　　　　　　　　DAVIS MILES MCGUIRE GARDNER, PLLC

　　　　　　　　　　　　　　　　　　By:  /s/ David W. Williams
　　　　　　　　　　　　　　　　　　　　　David W. Williams, admitted Pro Hac Vice
　　　　　　　　　　　　　　　　　　　　　Joshua W. Carden
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24050379
　　　　　　　　　　　　　　　　　　　　　545 E. John Carpenter Freeway, Suite 300
　　　　　　　　　　　　　　　　　　　　　Irving, Texas 75062
　　　　　　　　　　　　　　　　　　　　　P. 972.674.3885
　　　　　　　　　　　　　　　　　　　　　F. 972.674.2935
　　　　　　　　　　　　　　　　　　　　　jcarden@davismiles.com
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant, TurnKey Kiosks,
　　　　　　　　　　　　　　　　　　　　　LLC

## **CERTIFICATE OF SERVICE**

On May 9, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      /s/David W. Williams
      David W. Williams