IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **GANART TECHNOLOGIES, INC.** | § | |
| | § | **CIVIL ACTION NO.** |
| **VS.** | § | **3:14-CV-00616-BF** |
| | § | |
| **TURNKEY KIOSKS, LLC** | § | |

**AMENDED APPENDIX IN SUPPORT OF PLAINTIFF'S BIREF IN SUPPORT
OF ITS APPLICATION FOR TEMPORARY INJUNCTION**

**APPENDIX**

Appendix 1-4          Affidavit of Wayne McHugh

Appendix 5-8          Non-Disclosure Agreement

                                          **Respectfully submitted,**

                                          **COBB MARTINEZ WOODWARD PLLC**
                                          1700 Pacific Avenue, Suite 3100
                                          Dallas, Texas  75201
                                          (214) 220-5204
                                          (214) 220-5254 (Fax)

                                     By: */s/ Jonathan C. LaMendola*
                                          **JONATHAN C. LaMENDOLA**
                                          Texas Bar No. 00792637
                                          email: jlamendola@cobbmartinez.com
                                          **DAVID R. WOODWARD**
                                          Texas Bar No. 21975650
                                          email: dwoodward@cobbmartinez.com

                                          **ATTORNEYS FOR PLAINTIFF GANART
                                          TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 20, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: David W. Williams and Joshua W. Carden.

                                          */s/ Jonathan C. LaMendola*
                                          **JONATHAN C. LaMENDOLA**