IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiffs, | § § § § § | 3:14-cv-616 |
| V. | § § § | |
| TURNKEY KIOSKS, LLC<br>Defendant. | § § § § § | |

**DEFENDANT TURNKEY KIOSK, LLC'S**
**NOTICE OF SERVICE OF DISCOVERY**

Defendant Turnkey Kiosks, LLC by and through undersigned counsel, hereby gives notice that on June 4, 2014, it served, via United States first-class mail and e-mail, Defendant's Initial Disclosure Statement to Plaintiff.

DAVIS MILES MCGUIRE GARDNER, PLLC

By: /s/ David W. Williams
David W. Williams, admitted Pro Hac Vice
Joshua W. Carden
Texas Bar No. 24050379
545 E. John Carpenter Freeway, Suite 300
Irving, Texas 75062
P. 972.674.3885
F. 972.674.2935
jcarden@davismiles.com
Attorney for Defendant, TurnKey Kiosks, LLC

**CERTIFICATE OF SERVICE**

On June 4, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

   /s/ David W. Williams
David W. Williams