IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiffs,<br><br>V.<br><br>TURNKEY KIOSKS, LLC<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:14-cv-00616-BF |

**APPENDIX IN SUPPORT OF DEFENDANT TURNKEY KIOSK, LLC'S RESPONSE TO PLAINTIFF'S BRIEF IN SUPPORT OF ITS APPLICATION FOR TEMPORARY INJUNCTION**

| | |
|---|---|
| Appendix 1-13 | Exhibit 1: Declaration of Gary Strachan |
| Appendix 14-16 | Exhibit 2: Email from Wayne McHugh to Casey Strachan dated November 19, 2012 |
| Appendix 17-19 | Exhibit 3: Email from Wayne McHugh to Casey Strachan dated June 19, 2013 |
| Appendix 20-24 | Exhibit 4: Photographs of the RoboCoin Second Generation Kiosk |
| Appendix 25-26 | Exhibit 5: Correspondence from Gary Strachan dated November 8, 2013 |
| Appendix 27-33 | Exhibit 6: Ganart's Responses to TurnKey's First Set of Interrogatories |
| Appendix 34-36 | Exhibit 7: Marketwired.com article regarding the Fujitsu Self-Service Patient Kiosk |

DAVIS MILES MCGUIRE GARDNER, PLLC

By: /s/ David W. Williams
David W. Williams, admitted Pro Hac Vice
Joshua W. Carden
Texas Bar No. 24050379
545 E. John Carpenter Freeway, Suite 300
Irving, Texas 75062
P. 972.674.3885
F. 972.674.2935
jcarden@davismiles.com
Attorney for Defendant, TurnKey Kiosks, LLC

**CERTIFICATE OF SERVICE**

On June 10, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ David W. Williams
David W. Williams