IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiffs, | §<br>§<br>§<br>§<br>§ | 3:14-cv-616 |
| V. | §<br>§ | |
| TURNKEY KIOSKS, LLC<br>Defendant. | §<br>§<br>§<br>§ | |

**DEFENDANT TURNKEY KIOSK, LLC'S
NOTICE OF SERVICE OF DISCOVERY**

Defendant Turnkey Kiosks, LLC by and through undersigned counsel, hereby gives notice that on July 7, 2014, it served, via United States first-class mail and e-mail, Defendant's Responses to Plaintiff's First Set of Request for Production, Requests for Admissions and Interrogatories.

                              DAVIS MILES MCGUIRE GARDNER, PLLC

                              By: /s/ David W. Williams
                                  David W. Williams, admitted Pro Hac Vice
                                  Joshua W. Carden
                                  Texas Bar No. 24050379
                                  545 E. John Carpenter Freeway, Suite 300
                                  Irving, Texas 75062
                                  P. 972.674.3885
                                  F. 972.674.2935
                                  jcarden@davismiles.com
                                  Attorney for Defendant, TurnKey Kiosks, LLC

## CERTIFICATE OF SERVICE

On July 7, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      /s/ David W. Williams
      David W. Williams