IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiffs, | § § § § § § | 3:14-cv-616 |
| V. | § § § | |
| TURNKEY KIOSKS, LLC<br>Defendant. | § § § § § | |

**DEFENDANT TURNKEY KIOSK, LLC'S
NOTICE OF SERVICE OF DISCOVERY**

Defendant Turnkey Kiosks, LLC by and through undersigned counsel, hereby gives notice that on July 11, 2014, it served, via United States first-class mail and e-mail, Defendant TurnKey Kiosk, LLC's Second Set of Interrogatories to Plaintiff, Defendant TurnKey Kiosk, LLC's First Set of Requests for Admissions to Plaintiff, and Defendant TurnKey Kiosk, LLC's Second Set of Requests for Production to Plaintiff.

Dated this 11th day of July, 2014

                                        DAVIS MILES MCGUIRE GARDNER, PLLC

                                        By: /s/ David W. Williams
                                              David W. Williams, admitted Pro Hac Vice
                                              Joshua W. Carden
                                              Texas Bar No. 24050379
                                              545 E. John Carpenter Freeway, Suite 300
                                              Irving, Texas 75062
                                              P. 972.674.3885
                                              F. 972.674.2935
                                              jcarden@davismiles.com

Attorney for Defendant, TurnKey Kiosks, LLC

## CERTIFICATE OF SERVICE

On July 11, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

 /s/ David W. Williams
David W. Williams