**GANART TECHNOLOGIES, INC.**

**VS.**

**TURNKEY KIOSKS, LLC**

# The State of Texas
## Secretary of State

**CIVIL ACTION NO.**
**3:14-CV-00616-BF**

2014-241799-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Action and Plaintiff's Second Amended Complaint, Request For Temporary Injunction and Request For permanent Injunction    in the cause styled:

> Ganart Technologies Inc VS Turnkey Kiosks LLC
>  United States District Court Northern District of Texas
> Cause No: 314CV00616BF

was received by this office on July 1, 2014,  and that a copy was forwarded on July 8, 2014, by CERTIFIED MAIL, return receipt requested to:

> Robocoin Technologies LLC
> Registered Agent Burr Ltd
> 2600 Passeo Verde Parkway
> Suite 200
> Henderson, NV 89074

The RETURN RECEIPT was received in this office dated July 10, 2014,  bearing signature.



Date issued: July 11, 2014

*Nandita Berry*

Nandita Berry
Secretary of State

CT/vo

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Northern District of Texas

| | | |
|---|---|---|
| Ganart Technologies, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-cv-00616-BF |
| | ) | |
| | ) | |
| Turnkey Kiosks, LLC | ) | |
| *Defendant* | ) | |
| | ) | |

## Summons in a Civil Action

**TO:** Robocoin Technologies LLC
R/A Jeffrey Burr Ltd
2600 Passeo Verde Pkwy, Ste 200
Henderson, NV 89074

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Jonathan LaMendola
1700 Pacific Ave
Suite 3100
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 06/24/2014

*Signature of Clerk or Deputy Clerk*