IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § § | CIVIL ACTION NO. |
| VS. | § § | 3:14-CV-00616-BF |
| TURNKEY KIOSKS, LLC AND ROBOCOIN TECHNOLOGIES, LLC | § § § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiff Ganart Technologies, Inc. and Defendant TurnKey Kiosks, LLC hereby submit and jointly move for entry of the Agreed Stipulated Protective Order attached hereto as Exhibit 1.

Respectfully submitted,

**COBB MARTINEZ WOODWARD PLLC**

By: /s/ Jonathan C. LaMendola
Jonathan C. LaMendola
Texas Bar No. 00792637
1700 Pacific Avenue, Suite 3100
Dallas, TX 75201
**214.220.5204**
**214.220.5254 Fax**
jlamendola@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT
TURNKEY KIOSKS, LLC**

**DAVIS MILES MCGUIRE GARDNER**

By: /s/ David W. Williams
David W. Williams
Joshua W. Carden
Texas Bar No. 24050379
545 E. John Carpenter Freeway, Suite 300
Irving, TX 75062
**972.674.3885**
**972.674.2935 Fax**
dwilliams@davismiles.com
jcarden@davismiles.com

**ATTORNEYS FOR DEFENDANT
TURNKEY KIOSKS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: David W. Williams, Joshua W. Carden and Kelly D. Hine.

/s/ Jonathan C. LaMendola
**JONATHAN C. LaMENDOLA**