IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **GANART TECHNOLOGIES, INC.** | § | |
| | § | **CIVIL ACTION NO.** |
| VS. | § | **3:14-CV-00616-BF** |
| | § | |
| **TURNKEY KIOSKS, LLC AND** | § | |
| **ROBOCOIN TECHNOLOGIES, LLC** | § | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
OF DEFENDANT ROBOCOIN TECHNOLOGIES, LLC**

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff Ganart Technologies, Inc. ("Ganart") files this Notice of Dismissal Without Prejudice as to Defendant Robocoin Technologies, LLC ("Robocoin") pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) and would respectfully show the Court as follows:

1. Ganart filed suit against Robocoin in the above-styled and numbered cause on June 24, 2014 seeking injunctive relief and damages for violations of the Texas Uniform Trade Secrets Act and conspiracy to commit such violations.

2. Robocoin has been served with a copy of the Complaint.

3. Robocoin has not served an Answer or a Motion for Summary Judgment.

4. At this time, Ganart no longer desires to prosecute its claims against Robocoin in the above-styled and numbered cause, and moves to dismiss these claims against Robocoin without prejudice to re-filing. Each party has agreed to pay its own litigation costs, including but not limited to attorneys' fees.

5. This case is not a class action nor has a receiver been appointed.

6. None of the Parties has dismissed a prior action based on or including the same claims presented in this suit.

      Respectfully submitted,

      **COBB MARTINEZ WOODWARD PLLC**
      1700 Pacific Avenue, Suite 3100
      Dallas, Texas  75201
      (214) 220-5204
      (214) 220-5254 (Fax)

      By: */s/ Jonathan C. LaMendola*
          **JONATHAN C. LaMENDOLA**
          Texas Bar No. 00792637
          email: jlamendola@cobbmartinez.com
          **DAVID R. WOODWARD**
          Texas Bar No. 21975650
          email: dwoodward@cobbmartinez.com

      **ATTORNEYS FOR PLAINTIFF GANART TECHNOLOGIES, INC.**


## CERTIFICATE OF SERVICE

     I hereby certify that on October 29, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: David W. Williams, Joshua W. Carden and Kelly D. Hine.

      */s/ Jonathan C. LaMendola*
      **JONATHAN C. LaMENDOLA**