IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:14-CV-00616-BF |
| | § | |
| TURNKEY KIOSKS, LLC AND | § | |
| ROBOCOIN TECHNOLOGIES, LLC | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE
## OF DEFENDANT ROBOCOIN TECHNOLOGIES, LLC

Having considered Plaintiff Ganart Technologies, Inc.'s Notice of Dismissal Without Prejudice as to Defendant Robocoin Technologies, LLC pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), it appears to the Court that the requested dismissal should be and is hereby GRANTED.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that the claims against Defendant Robocoin Technologies, LLC brought in the above-styled and numbered cause be **DISMISSED WITHOUT PREJUDICE** to the re-filing of same.  Plaintiff maintains all claims against Defendant Turnkey Kiosks, LLC.  All costs and fees with respect to the claims brought against Robocoin Technologies, LLC shall be taxed against the party incurring same.

SO ORDERED this _____ day of _____, 2014.

_____
**JUDGE PRESIDING**