IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:14-CV-00616-BF |
| | § | |
| TURNKEY KIOSKS, LLC AND | § | |
| ROBOCOIN TECHNOLOGIES, LLC | § | |

## AGREED MOTION TO MODIFY THE PRETRIAL SCHEDULING ORDER

Plaintiff Ganart Technologies, Inc. and Defendant TurnKey Kiosks, LLC (collectively, the "Parties") hereby file this Agreed Motion to Modify the Court's May 6, 2014 Pretrial Scheduling Order as follows:

1. Plaintiff filed its Original Petition, Request for Temporary Injunction, Request for Permanent Injunction, and Request for Disclosure in Dallas County Court on December 13, 2013. On February 18, 2014, Defendant Turnkey Kiosks, LLC removed the case to this Court. Plaintiff joined Robocoin Technologies, LLC as a Defendant on September 30, 2014. Robocoin did not enter an appearance and on October 29, 2104 Plaintiff filed a Notice of Dismissal as to its claims against Robocoin.

2. Following the submission of a Joint Status Report and Proposed Discovery Plan on April 30, 2014, the Court entered a Pretrial Scheduling Order on May 6, 2014 setting forth various pretrial deadlines. The case has not, however, been set for trial.

3. Since that time, the Parties have exchanged briefing on injunction issues and have been actively engaged in discovery. The parties have also negotiated and agreed upon a Protective Order addressing confidential information, which was signed by the Court on October 29, 2014. Given the nature of the Parties' claims and

defenses, the Parties need additional time to engage in fact discovery regarding materials covered by the Agreed Protective Order which will allow them to more fully develop and assess their positions prior to designating expert witnesses and engaging in dispositive motion practice.

4. Accordingly, the Parties have attached as Exhibit "A," a proposed agreed First Amended Pretrial Scheduling Order for the Court's consideration. The Parties request that the Court enter the Parties' First Amended Pretrial Scheduling Order which comports substantively with the Court's Pretrial Scheduling Order, but modifies the existing deadlines set by the Court.

5. This modification is not sought for delay only, but so that justice may be done.

WHEREFORE PREMISES CONSIDERED, Plaintiff Ganart Technologies, Inc. and Defendant Turnkey Kiosks, LLC request that the Court grant this Agreed Motion to Modify the Court's Pretrial Scheduling Order and enter the Parties' proposed agreed First Amended Pretrial Scheduling Order. The Parties request all such further relief to which they may be entitled.

**Respectfully submitted,**

**COBB MARTINEZ WOODWARD PLLC**

By: */s/ Jonathan C. LaMendola*
Jonathan C. LaMendola
Texas Bar No. 00792637
1700 Pacific Avenue, Suite 3100
Dallas, TX 75201
**214.220.5204**
**214.220.5254 Fax**
jlamendola@cobbmartinez.com

**ATTORNEYS FOR PLAINTIFF GANART TECHNOLOGIES, INC.**

 

       **DAVIS MILES MCGUIRE GARDNER**

By: */s/ David W. Williams*  
    David W. Williams  
    Joshua W. Carden  
    Texas Bar No. 24050379  
    545 E. John Carpenter Freeway, Suite 300  
    Irving, TX 75062  
    **972.674.3885**  
    **972.674.2935 Fax**  
    dwilliams@davismiles.com  
    jcarden@davismiles.com

**ATTORNEYS FOR DEFENDANT**
**TURNKEY KIOSKS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: David W. Williams and Joshua W. Carden.

    */s/ Jonathan C. LaMendola*  
    **JONATHAN C. LaMENDOLA**