IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:14-CV-00616-BF |
| | § | |
| TURNKEY KIOSKS, LLC AND | § | |
| ROBOCOIN TECHNOLOGIES, LLC | § | |

## FIRST AMENDED PRETRIAL SCHEDULING ORDER

Pursuant to FED. R. CIV. P. 16(b) and 26, the local civil rules of the District Court (except as modified herein), and the District Court's Civil Justice Expenses and Delay Reduction Plan, the Court enters this First Amended Pretrial Scheduling Order. Unless otherwise ordered or specified herein, all limitations and requirements of the Federal Rules of Civil Procedure, as amended, must be observed. In establishing this schedule, the Court has considered the parties' Agreed Motion to Modify the Court's Pretrial Scheduling Order.

1. **Joinder of Parties and Amendment of Pleadings**: By **July 30, 2014**, all motions requesting joinder of additional parties and amendments of pleadings shall be filed. Motions for leave to amend need not be filed so long as the amendment is filed within the deadline set in this paragraph.

2. **Initial Designation of Experts**: Unless otherwise stipulated or directed by Order, any party with the burden of proof on an issue shall file a written designation of the name and address of each expert witness who will testify at trial on such issue(s) and otherwise comply with Fed. R. Civ. P. 26(a)(2) on or before **January 30, 2015**.

3. **Responsive Designation of Experts**: Any party without the burden of proof on an issue but who wishes to utilize an expert witness shall file a written designation of the name and address of each expert witness who will testify at trial for that party on such issue(s) and shall otherwise comply with Rule 26(a)(2) on or before **March 20, 2015**.

4. **Completion of Discovery**: By **April 30, 2015**, **all factual and expert discovery** shall be completed.

5. **Settlement Status Report**: Counsel are directed to confer and file with the Court by **May 1, 2015** a joint report setting forth the status of settlement negotiations and the specific efforts made by the parties to resolve this case.

6. **Dispositive Motions**: All motions that would dispose of all or any part of this case, including motions for **summary judgment**, shall be filed by **May 30, 2015**. The inclusion of a dispositive motion deadline does not mean that the parties can file more than one motion for summary judgment.

7. **Trial**: The Court will set the pretrial and trial schedule by separate order after any dispositive motions are resolved.

**IT IS SO ORDERED** this _____ day of _____, 2014.

_____
**JUDGE PRESIDING**

**AGREED:**

**COBB MARTINEZ WOODWARD PLLC**

By: */s/ Jonathan C. LaMendola*
  Jonathan C. LaMendola
  Texas Bar No. 00792637
  1700 Pacific Avenue, Suite 3100
  Dallas, TX 75201
  **214.220.5204**
  **214.220.5254 Fax**
  jlamendola@cobbmartinez.com

**ATTORNEYS FOR PLAINTIFF**
**GANART TECHNOLOGIES, INC.**


**DAVIS MILES MCGUIRE GARDNER**

By: */s/ David W. Williams*
  David W. Williams
  Joshua W. Carden
  Texas Bar No. 24050379
  545 E. John Carpenter Freeway, Suite 300
  Irving, TX 75062
  **972.674.3885**
  **972.674.2935 Fax**
  dwilliams@davismiles.com
  jcarden@davismiles.com

**ATTORNEYS FOR DEFENDANT**
**TURNKEY KIOSKS, LLC**