IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. § | | 3:14-cv-616 |
| Plaintiffs, § | | |
| § | | |
| § | | |
| § | | |
| **V.** § | | |
| § | | |
| TURNKEY KIOSKS, LLC § | | |
| Defendants. § | | |
| § | | |
| § | | |

---

**NOTICE OF SERVICE OF DEFENDANT TURNKEY KIOSK, LLC'S
FIRST SUPPLEMENTAL DISCLOSURE**

---

Defendant Turnkey Kiosks, LLC by and through undersigned counsel, hereby gives notice that on December 3, 2014, it served, via United States first-class mail and e-mail, Defendant TurnKey Kiosk, LLC's First Supplemental Disclosure to Plaintiff. Defendant.

Dated this 5th day of December 2014.

                                          DAVIS MILES MCGUIRE GARDNER, PLLC

                                          By: /s/ David W. Williams
                                               David W. Williams, admitted Pro Hac Vide
                                               Joshua W. Carden
                                               Texas Bar No. 24050379
                                               545 E. John Carpenter Freeway, Suite 300
                                               Irving, Texas 75062
                                               P. 972.674.3885
                                               F. 972.674.2935
                                               jcarden@davismiles.com
                                               Attorney for Defendant,
                                                   Turnkey Kiosks, LLC

# CERTIFICATE OF SERVICE

On December 5, 2014, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2), including those parties identified below.

/s/ David W. Williams
David W. Williams

| | | |
|---|---|---|
| Jonathan C. LaMendola | ☐ | Certified Mail, Return Receipt Requested |
| Cobb Martinez Woodward, PLLC | X | US Regular First Class Mail |
| 1700 Pacific Avenue, Suite 3100 | X | Facsimile  214-220-5254 |
| Dallas, TX 75201 | ☐ | Hand Delivery |