IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:14-cv-00616-BF |
| V. | §<br>§ | |
| TURNKEY KIOSKS, LLC<br>Defendant. | §<br>§<br>§ | |

---

**APPENDIX IN SUPPORT OF DEFENDANT TURNKEY KIOSK, LLC'S
MOTION FOR SUMMARY JUDGMENT**

---

Appendix 1-12      Exhibit 1:   Declaration of Gary Strachan

Appendix 13-17      Exhibit 2:   Non-Disclosure Agreement

Appendix 18-43      Exhibit 3: Plaintiffs' Responses to TurnKey's Second Set of Interrogatories

Appendix 35-36      Exhibit 4:   Email from Wayne McHugh to Casey Strachan dated November 19, 2012

Appendix 37-39      Exhibit 5: Email from Wayne McHugh to Casey Strachan dated June 19, 2013

Appendix 40-47      Exhibit 6:   Plaintiffs' Responses to TurnKey's First Set of Requests for Admission

Appendix 48-55      Exhibit 7:   Declaration of Jordan Kelley

Appendix 56-60      Exhibit 8:   Photographs of the RoboCoin Second Generation Kiosk

Appendix 61-85      Exhibit 9: Ganart's Patent Application Publication for "System and Method for Self-Service Registration for Access to Financial Services"

Appendix 86-88                 Exhibit 10: Marketwired.com article regarding the Fujitsu Self-
                               Service Patient Kiosk

Appendix 89-90                 Exhibit 11: Correspondence from Gary Strachan dated November 8,
                               2013

                                        DAVIS MILES MCGUIRE GARDNER, PLLC

                                        By:  /s/ David W. Williams
                                                David W. Williams, admitted Pro Hac Vice
                                                Joshua W. Carden
                                                Texas Bar No. 24050379
                                                545 E. John Carpenter Freeway, Suite 300
                                                Irving, Texas 75062
                                                P. 972.674.3885
                                                F. 972.674.2935
                                                jcarden@davismiles.com
                                                Attorney for Defendant, TurnKey Kiosks,
                                                LLC

## CERTIFICATE OF SERVICE

On January 19, 2015, I electronically submitted the foregoing document with the clerk of

the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which

will send a notice of electronic filing to all counsel of record. I hereby certify that I have served

all counsel of record electronically or by another manner authorized by Federal Rule of Civil

Procedure 5(b)(2).

                                        /s/ David W. Williams
                                        David W. Williams