## Casey Strachan

**From:** Wayne McHugh [wmchugh@ganart.com]
**Sent:** Monday, November 19, 2012 10:53 AM
**To:** Casey Strachan
**Subject:** Palm Vein Information
**Attachments:** image001.png; ATT00051.htm; me6464-1300-dt_asm.stp; ATT00054.htm; me6464-1300-dt.pdf; ATT00057.htm

Casey,

Here is a mechanical package for the Palm Vein technology I made reference to.

This versin is for a portable version, but provides all the geometry required to morph it into a TurnKey kiosk. I can not open the step file, so I am hoping that engineering provided everything you would need, but let me know in case you do not have everything.

Also, here is a link for the Palm Vein unit itself.

http://www.fujitsu.com/us/services/biometrics/palm-vein/

Best regards,

Wayne McHugh
Managing Director, Sales
GANART Technologies
1700 Alma Dr.
Carrollton, TX
75006
Email: wmchugh@ganart.com
**wmchugh@ganart.com**

1