## Casey Strachan

**From:** Wayne McHugh [wmchugh@ganart.com]
**Sent:** Wednesday, June 19, 2013 5:36 PM
**To:** Casey Strachan
**Subject:** Re: Palm Dome

Thanks. Let me know how the testing goes.

Sent from my iPhone

On Jun 19, 2013, at 7:35 PM, "Casey Strachan" <cstrachan@turnkeykiosks.com> wrote:

> Makes sense, we will make the one tweak we know it needs and do some extensive testing here. But I believe you are correct. We made this one out of acrylic and it will read through it.
>
> Thanks.
>
> Casey Strachan
> Cstrachan@turnkeykiosks.com
> 8957 W. Windsor Drive, #118
> Peoria, Arizona 85381
>
> On Jun 19, 2013, at 5:19 PM, Wayne McHugh <wmchugh@ganart.com> wrote:
>
>> We had a very special material, process and tint. We were very concerned about striations, light absorption etc. I do not feel tht is any longer a factor, but I am not the one building them anymore. I just need them to be able to read. They do not take a beating by the design itself.
>>
>> Make sense?
>>
>> On Jun 19, 2013, at 7:11 PM, Casey Strachan wrote:
>>
>>
>>> Hi Wayne,
>>>
>>> Overkill in which way? It is a good protection against damaging the palm scanning sensor itself so we would want to keep them. But maybe it does not need to be special material or tint anymore.
>>>
>>> Casey Strachan
>>> Cstrachan@turnkeykiosks.com
>>> 8957 W. Windsor Drive, #118
>>> Peoria, Arizona 85381
>>>
>>> On Jun 19, 2013, at 5:00 PM, Wayne McHugh <wmchugh@ganart.com> wrote:
>>>
>>>> If the dome you had made works in a production environment, that is fine with us. The first units were overkill by design. But based on changes in Fujitsu's Palm Scan, it may no longer be needed.

1

On Jun 19, 2013, at 6:11 PM, Casey Strachan wrote:

Wayne,

I just wanted to send you this. Before I got the info last week about where you had your domes made, we had our plastic company make us some to the print that was in the STP file you sent originally.

This is the difference between the two. I am curious if there is any particular reason that the dome needs to be tinted or shaped in the way that it is?

We have tested ours here and found that it needs a small tweak in it's height, it's about a tenth of an inch too short. However, it still scans your palm with an accurate read everytime.

We have a quote from your original company on the domes they made for you. They seem a bit pricey compared to what we were getting but that could be the construction of the dome. We just wanted to check if there was a particular reason that it was built in that manner and if you would mind if we went with the new design?

Thanks,

*Casey H. Strachan* Director of

cstrachan@turnkeykiosks.com

8957 W. Windsor Drive #118
Peoria, Arizona 85381
Office (602) 606-####
Fax (623) 3## 2381
Cell (623) 26# 5202

2