



Installed Fujitsu Part (After)





Fujitsu Palm Vein Scanner "Assembly"
PART # FAT1362A2L