# **EXHIBIT 11**



# TurnKey KIOSKS
Creative Custom Solutions

November 08, 2013
Art Holbrook
Chief Executive Officer
1700 Columbian Club Drive
Carrollton, TX 75006

**Subject: Return and Destruction of Confidential Information**

Mr. Holbrook,

We have shipped all physical property of Ganart Technologies by UPS, tracking number 1Z2358YEA699686522, addressed to you.

All electronic confidential information has been destroyed and as Director of Operations of TurnKey Kiosks LLC, I certify that this has been completed.

Our website has also been updated to remove any reference to Ganart's products or services including logo's, trademarks, Work Place Solution, and any business relationship between TurnKey Kiosks LLC and Ganart Technologies.

TurnKey Kiosks LLC

Gary Strachan
Director of Operations

8957 W Windsor Drive, #118, Peoria AZ 85381 Office (602) 606-7771
Fax (623) 376-2381
TURNKEY000001

00026

