# **EXHIBIT 4**

000035

**Casey Strachan**

| | |
|---|---|
| **From:** | Wayne McHugh [wmchugh@ganart.com] |
| **Sent:** | Monday, November 19, 2012 10:53 AM |
| **To:** | Casey Strachan |
| **Subject:** | Palm Vein Information |
| **Attachments:** | image001.png; ATT00051.htm; me6464-1300-dt_asm.stp; ATT00054.htm; me6464-1300-dt.pdf; ATT00057.htm |

Casey,

Here is a mechanical package for the Palm Vein technology I made reference to.

This versin is for a portable version, but provides all the geometry required to morph it into a TurnKey kiosk. I can not open the step file, so I am hoping that engineering provided everything you would need, but let me know in case you do not have everything.

Also, here is a link for the Palm Vein unit itself.

http://www.fujitsu.com/us/services/biometrics/palm-vein/

Best regards,

Wayne McHugh
Manual Cs Manager
GANART Technologies
1700 Pacific Ave Suite 1700
Dallas, TX
75201
Email: wmchugh@ganart.com
**wmchugh@ganart.com**

1

000036

# **<u>EXHIBIT 5</u>**

000037

**Casey Strachan**

| | |
|---|---|
| **From:** | Wayne McHugh [wmchugh@ganart.com] |
| **Sent:** | Wednesday, June 19, 2013 5:36 PM |
| **To:** | Casey Strachan |
| **Subject:** | Re: Palm Dome |

Thanks. Let me know how the testing goes.

Sent from my iPhone

On Jun 19, 2013, at 7:35 PM, "Casey Strachan" <cstrachan@turnkeykiosks.com> wrote:

> Makes sense, we will make the one tweak we know it needs and do some extensive testing here. But I believe you are correct. We made this one out of acrylic and it will read through it.
>
> Thanks,
>
> Casey Strachan
> Cstachan@turnkeykiosks.com
> 8957 W. Windsor Drive, #118
> Peoria, Arizona 85381
>
> On Jun 19, 2013, at 5:19 PM, Wayne McHugh <wmchugh@ganart.com> wrote:
>
>> We had a very special material, process and tint. We were very concerned about striations, light absorption etc. I do not feel tht is any longer a factor, but I am not the one building them anymore. I just need them to be able to read. They do not take a beating by the design itself.
>>
>> Make sense?
>>
>> On Jun 19, 2013, at 7:11 PM, Casey Strachan wrote:
>>
>>
>>> Hi Wayne,
>>>
>>> Overkill in which way? It is a good protection against damaging the palm scanning sensor itself so we would want to keep them. But maybe it does not need to be special material or tint anymore.
>>>
>>> Casey Strachan
>>> Cstachan@turnkeykiosks.com
>>> 8957 W. Windsor Drive, #118
>>> Peoria, Arizona 85381
>>>
>>> On Jun 19, 2013, at 5:00 PM, Wayne McHugh <wmchugh@ganart.com> wrote:
>>>
>>>> If the dome you had made works in a production environment, that is fine with us. The first units were overkill by design.But based on changes in Fujitsu's Palm Scan, it may no longer be needed.

1

000038

On Jun 19, 2013, at 6:11 PM, Casey Strachan wrote:

Wayne,

I just wanted to send you this.  Before I got the info
last week about where you had your domes made, we had
our plastic company make us some to the print that was
in the STP file you sent originally.

This is the difference between the two.  I am curious if
there is any particular reason that the dome needs to be
tinted or shaped in the way that it is?

We have tested ours here and found that it needs a small
tweak in it's height, it's about a tenth of an inch too
short. However, it still scans your palm with an
accurate read everytime.

We have a quote from your original company on the domes
they made for you.  They seem a bit pricey compared to
what we were getting but that could be the construction
of the dome.  We just wanted to check if there was a
particular reason that it was built in that manner and
if you would mind if we went with the new design?

Thanks,

*Casey H Strachan*  Director of

cstrachan@turnkeykiosks.com

5957 W Windsor Drive #119
Peoria Arizona 85381
Office (602) 606-7771
Fax (623) 312-2361
Cell (623) 291-6202

000039

# **<u>EXHIBIT 6</u>**

000040

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **GANART TECHNOLOGIES, INC.** | § | |
| | § | **CIVIL ACTION NO.** |
| **VS.** | § | **3:14-CV-00616-BF** |
| | § | |
| **TURNKEY KIOSKS, LLC** | § | |

**PLAINTIFF'S OBJECTIONS AND RESPONSES TO DEFENDANT'S**
**FIRST SET OF REQUESTS FOR ADMISSION**

**TO:** **Defendant, TurnKey Kiosks, LLC, by and through its attorney of record, David W. Williams and Joshua W. Carden, Davis Miles McGuire Gardner, The Summit at law Colinas, 545 E. John Carpenter Freeway, Suite 300, Irving, Texas 75062**

    **COMES NOW,** Ganart Technologies, Inc., Plaintiff in the above-entitled and numbered cause and pursuant to the Texas Rules of Civil Procedure, files this its Objections and Responses to Defendant's First Requests for Admission.

                                        **Respectfully submitted,**

                                        **COBB MARTINEZ WOODWARD PLLC**
                                        1700 Pacific Avenue, Suite 3100
                                        Dallas, Texas  75201
                                        (214) 220-5204
                                        (214) 220-5254 (Fax)

                              By: */s/ Jonathan C. LaMendola*
                                        **JONATHAN C. LaMENDOLA**
                                        Texas Bar No. 00792637
                                        email: jlamendola@cobbmartinez.com
                                      **DAVID R. WOODWARD**
                                        Texas Bar No. 21975650
                                        email: dwoodward@cobbmartinez.com

                                        **ATTORNEYS FOR PLAINTIFF GANART TECHNOLOGIES, INC.**

000041

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to the following counsel of record either by hand-delivery, telefax, certified mail, return receipt requested, e-mail and/or regular U.S. mail on this 15th day of August, 2014.

       David W. Williams
       Joshua W. Carden
       Davis Miles McGuire Gardner
       The Summit at law Colinas
       545 E. John Carpenter Freeway, Suite 300
       Irving, TX 75062


                      */s/ Jonathan C. LaMendola*
                      **JONATHAN C. LaMENDOLA**

## REQUESTS FOR ADMISSION

1.      Admit that you have no facts to support the allegations in Paragraph 10 of Ganart's Second Amended Complaint that "the Self-Service Registration at Kiosk process and software and the Assembly were the result of over two years of research and development by Ganart to perfect the capture of biometric images in support of Ganart's Know-Your-Customer (KYC) and Anti-Money Laundering complaint Self-Service Registration at Kiosk and biometric user authentication at kiosk which has been in commercial use since August 2011."

**RESPONSE:**  Denied.

2.      Admit that you have no facts to support the allegations in Paragraph 26 of Ganart's Second Amended Complaint that "prior to the demonstration(s), Robocoin's process for customer registration of bitcoin transfer used cell phones and QR codes."

**RESPONSE:**  Denied.

3.      Admit that you have no facts to support the allegations in Paragraph 26 of Ganart's Second Amended Complaint that the Robocoin process for customer registration "did not incorporate any biometric identification" and "the authentication process was substantially different from Ganart's authentication process."

**RESPONSE:**  Denied.

4.      Admit that you have no facts to support the allegations in Paragraph 26 of Ganart's Second Amended Complaint that the Robocoin process for customer registration "on or about October 28, 2013, [Robocoin's] process had substantially changed and was identical in features and process steps to Ganart's process."

**RESPONSE:** Denied.


5.    Admit that you have no facts to support the allegations in Paragraph 26 of Ganart's Second Amended Complaint that "TurnKey also provided Robocoin with Ganart's software-based customer registration and authentication process."

**RESPONSE:** Denied.


6.    Admit that you have no facts to support the allegations in Paragraph 29 of Ganart's Second Amended Complaint that "the software-based customer registration process used on Robocoin kiosk appears to be a replicate of Ganart's Self-Service Registration at Kiosk."

**RESPONSE:** Denied.


7.    Admit that you have no facts to support the allegations in Paragraph 30 of Ganart's Second Amended Complaint that "TurnKey has . . . violated the terms of the NDA with Ganart by providing Robocoin Technologies the Assembly."

**RESPONSE:** Denied.


8.    Admit that you have no facts to support the allegations in Paragraph 30 of Ganart's Second Amended Complaint that "TurnKey has . . . violated the terms of the NDA with Ganart by demonstrating Ganart's proprietary Self-Service Registration at Kiosk process to Robocoin."

**RESPONSE:** Denied.

9.     Admit that you have no facts to support the allegations in Paragraph 30 of Ganart's Second Amended Complaint that "TurnKey has . . . infringed upon the intellectual property of Ganart by providing Robocoin Technologies the entire Self-Service Registration at Kiosk process."

**RESPONSE:** Denied.

10.     Admit that you have no facts to support the allegations in Paragraph 34 of Ganart's Second Amended Complaint that "Defendants have misappropriated Ganart's trade secrets through improper means."

**RESPONSE:** Denied.

11.     Admit that you have no facts to support your contention that the "palm vein scanner assembly" constitutes a "trade secret" as defined by Tex. Civ. Prac. & Rem. Code § 134A.002(6).

**RESPONSE:** Denied.

12.     Admit that you have no facts to support your contention that the "Self-Service Registration" constitutes a "trade secret" as defined by Tex. Civ. Prac. & Rem. Code § 134A.002(6).

**RESPONSE:** Denied.

13.     Admit that you Ganart's Self-Service Registration at Kiosk software runs on a Linux-based operating system.

**RESPONSE:** Admit.

14.     Admit that Ganart never provided TurnKey with access to the Linux root user protocols for Ganart's Self-Service at Registration software.

**RESPONSE:** Denied.

15.     Admit that Ganart never provided TurnKey with any passwords to access the Self-Service Registration at Kiosk software.

**RESPONSE:** Admit Ganart did not provide TurnKey with passwords.  Ganart denies that TurnKey did not access the Self-Service Registration at Kiosk software.

16.     Admit that software provided on the hard drive by Ganart to TurnKey was compiled, and had no way for TurnKey to deconstruct the software.

**RESPONSE:** Denied.

17.     Admit that whenever the Self-Service Registration at Kiosk software is activated on a kiosk, the software automatically and remotely alerts Ganart that the software has been activated.

**RESPONSE:** Denied.

18.     Admit that the Self-Service Registration at Kiosk software is integrated into Ganart's Workplace Solution platform, and cannot be operated independent of the Workplace Solution platform.

**<u>RESPONSE:</u>**  Denied.

000047

# EXHIBIT 7

000048

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **GANART TECHNOLOGIES, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:14-CV-00616-BF** |
| | § | |
| **TURNKEY KIOSKS, LLC,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |
| | § | |

### DECLARATION OF JORDAN KELLEY FOR ROBOCOIN TECHNOLOGIES, LLC

My name is Jordan Kelley.  I am over 18 years of age, of sound mind, and am otherwise fully competent to make this declaration.   The facts stated in this declaration are within my personal knowledge and are true and correct.

1.      I am the Chief Executive Officer ("CEO") of Robocoin Technologies LLC ("Robocoin").

2.      Robocoin acknowledges that it received a demonstration from TurnKey Kiosks, LLC ("TurnKey") of the operation of a prototype Ganart kiosk on or about September 5 or 6, 2013.    Jordan Kelley and John Russell were present for the demonstration. Robocoin is not aware, however, of receiving a demonstration of a Self-Service Registration at Kiosk process that would constitute a trade secret of Ganart Technologies, Inc. ("Ganart").   In fact, TurnKey did not identify any part of the kiosk or process of

operating the kiosk as having originated with Ganart.   Rather, TurnKey presented the prototype as an example of the kind of product that TurnKey could manufacture.   This was the only prototype demonstration that Robocoin received from TurnKey.

3.      Robocoin acknowledges that it obtained a prototype kiosk from TurnKey and that the prototype kiosk was later shown in Vancouver, Canada.   The prototype shown in Vancouver, Canada, appeared to have the same palm vein scanner as the prototype kiosk previously demonstrated by TurnKey to Robocoin.   Robocoin, however, did not manufacture the prototypes and cannot be certain that the palm vein scanners were the same.

4.      When Robocoin was shown the prototype kiosk by TurnKey and later received the prototype kiosk from TurnKey that was shown in Vancouver, Canada, Robocoin was not told and did not know that Ganart claimed any confidentiality or trade secret rights with regard to any part of that prototype.

5.      Robocoin has not knowingly received any confidential and proprietary information of Ganart through TurnKey.   In fact, Robocoin does not know what constitutes the "AML compliant Self-Service Registration at Kiosk process" that Ganart now claims is a confidential trade secret.

6.      To the best of Robocoin's knowledge, it has not received any confidential or proprietary Application Programming Interface ("API") of Ganart for the devices installed on the kiosks Robocoin has purchased from TurnKey.   Further, Robocoin did not receive or have access to any computer code from TurnKey or Ganart.   Rather, Robocoin has independently developed all of its own, proprietary software.

7.     Robocoin does not know what constitutes the "Money Earned" product that Ganart claims is a trade secret; to the best of Robocoin's knowledge, it has not received a demonstration of such Money Earned product; and Robocoin has not received financial data, analysis, pricing, and related information about the Ganart Money Earned product.

8.     To the best of Robocoin's knowledge, Robocoin is not using any of Ganart's confidential or proprietary information or processes, Robocoin does not intend to use any such information or processes, and Robocoin will discontinue any inadvertent use of such information or processes upon reasonable notice of such use.

9.     Robocoin was in the process of developing its own procedures for compliance with U.S. anti-money laundering (AML) laws and regulations prior to receiving any demonstration from TurnKey, and Robocoin has independently developed its current processes that incorporate and use Fujitsu biometric scanners.  For example, the email attached hereto as Exhibit "A" relates a discussion between John Russell, the Chief Technology Officer of Robocoin, and TurnKey employees in May of 2013 regarding Robocoin's interest in AML compliance and refers to the possible use of the Fujitsu palm scanner.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this __10__ day of September 2014.

JORDAN KELLEY

# EXHIBIT A

000052



John Russell <johnrussells@gmail.com>

## Quick question
4 messages

**John Russell** <johnrussells@gmail.com>      Fri, May 31, 2013 at 12:15 PM
To: Gary Strachan <gary@turnkeykiosks.com>

Hi Gary,

I was going to ask you this with our phone call this afternoon but I need to know if the kiosks are capable of
having a fingerprint scanner - I noticed there was a slot on the unit that appears to be able to support one. This
could be a critical feature we are seriously considering in getting these machines more compliant with AML and
KYC regulations for owners.

Is this something that is possible?

John

**Gary Strachan** <gary@turnkeykiosks.com>      Fri, May 31, 2013 at 12:30 PM
To: John Russell <johnrussells@gmail.com>
Cc: kstrachan@turnkeykiosks.com, Casey Strachan <cstrachan@turnkeykiosks.com>

Yes, we have a spot for one, its right beside the encrypted pinpad. The one we use is a Identix/Morphotrust
DFR-500 It might be called a BioTouch 500 now. The company has been bought and changed hands 3 times in
the last year and a half, so the names of the products are all over the place. It started out as L1ID, who is the
leader in fingerprint scanners for government and law enforcement.

I am not sure about AML or KYC. I know that this reader can scan to the FBI spec's. I would think that AML and
KYC are more a function of the databases that you compare the fingerprint to rather than the scanner hardware.

But, if this unit does not meet the spec you need, we can easily change to whatever you specify for us to use.
Not a problem at all. Just let us know.

**From:** John Russell [mailto:johnrussells@gmail.com]
**Sent:** Friday, May 31, 2013 12:16 PM
**To:** Gary Strachan
**Subject:** Quick question

[Quoted text hidden]

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3343 / Virus Database: 3184/6371 - Release Date: 05/31/13

📄 **biotouch_500.pdf**
145K

000053

**Gary Strachan** <gary@turnkeykiosks.com>                              Fri, May 31, 2013 at 12:45 PM
To: John Russell <johnrussells@gmail.com>
Cc: Casey Strachan <cstrachan@turnkeykiosks.com>, kstrachan@turnkeykiosks.com

John, I forgot to add, that the blanking plate is easily removable and you could put the  DFR 500 in the kiosk if
you want,  Just let us know and we could send you the parts.

Another question, is your plan to check a users fingerprint against a know fingerprint database or to capture a
fingerprint and associate it with a transaction so there is a record?

Depending on what you are doing, there is another scanner that is available.  If you just want to record a
biometric scan and then attach it to a transaction, you could use a palm vein scanner instead.  We also support
this device as well.

The reason you might want to use a palm vein scanner, is that if your potential customers were a bit paranoid that
'big brother' might want to gather up all the fingerprint scans that you have captured for transactions and then
compare them to some kind of government database to look for felons, they might not like this.  If you were to use
palm vein scanning, you get the same unique biometric scan, but there is no government big brother database to
compare palm vein scans with.  Just a thought on this for you to consider.

Another fact is that with palm vein scanners, they are designed so that you must have blood going through the
veins (in other words, you must be alive) in order for them to work properly and with a fingerprint scanner, the
finger does not have to be attached to the owners body to work.  Kind of gruesome, but some history for you....

We can talk about this on our call.

---

**From:** Gary Strachan [mailto:gary@turnkeykiosks.com]
**Sent:** Friday, May 31, 2013 12:31 PM
**To:** 'John Russell'
**Cc:** 'kstrachan@turnkeykiosks.com'; 'Casey Strachan'
**Subject:** RE: Quick question

[Quoted text hidden]

---

📄 **palmsecureSSO_datasheet.pdf**
286K

---

**John Russell** <johnrussells@gmail.com>                              Fri, May 31, 2013 at 12:50 PM
To: Gary Strachan <gary@turnkeykiosks.com>
Cc: Casey Strachan <cstrachan@turnkeykiosks.com>, kstrachan@turnkeykiosks.com, Dominic
<Dominic@firepacket.net>

That's incredible, and the latter use case is exactly what we are thinking about.  See, there are hard daily limits on
how much an unverified participant can withdraw from a money services business, and the point of a biometric
scan would be to give kiosk operators the ability to limit user's daily withdraw and deposit amounts.  We have no
intention of hooking up to a fingerprint database - it is merely an effort to create an anonymous way to enforce

Case 3:14-cv-00616-BF   Document 41-2   Filed 01/19/15   Page 21 of 21   PageID 541

daily limits per person.  As a result, I think this palm scanner is precisely what we are looking for.

We'll talk more about this soon.

[Quoted text hidden]

000055