IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. § | | CIVIL ACTION NO. 3:14-cv-00616-BF |
| Plaintiffs, § | | |
| § | | |
| V. § | | |
| § | | |
| TURNKEY KIOSKS, LLC § | | |
| Defendant. § | | |

## DEFENDANT TURNKEY KIOSK, LLC'S
## NOTICE OF ERRATA RE APPENDIX IN SUPPORT
## OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant TurnKey Kiosks, LLC ("TurnKey") submits this notice of errata regarding the Appendix filed in support of its motion for summary judgment. The Appendix (Docket 39) was filed in violation of Local Rule 56.6(b) in that the Appendix was filed without page numbers in the lower right corner of the Appendix exhibits.

TurnKey re-filed its Appendix at Docket 41 in compliance with Local Rule 56.6(b) with the appropriate pagination requirements. TurnKey directs the Court to the appropriately filed Appendix (Docket 41) for purposes of consideration of the motion for summary judgment and supporting brief.

DAVIS MILES MCGUIRE GARDNER, PLLC

By: /s/ David W. Williams
David W. Williams, admitted Pro Hac Vice
Joshua W. Carden
Texas Bar No. 24050379
545 E. John Carpenter Freeway, Suite 300
Irving, Texas 75062
P. 972.674.3885
F. 972.674.2935
jcarden@davismiles.com
Attorney for Defendant, TurnKey Kiosks

## CERTIFICATE OF SERVICE

On January 19, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

    /s/ David W. Williams
David W. Williams