IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:14-CV-00616-BF |
| | § | |
| TURNKEY KIOSKS, LLC | § | |

**ORDER GRANTING PLAINTIFF'S OBJECTION AND MOTION TO STRIKE EVIDENCE SUPPORTING DEFENDANT'S MOTION FOR SUMMARY JUDGMEMT**

Before the Court is *Plaintiff's Objection and Motion to Strike Evidence Supporting Defendant's Motion for Summary Judgment*.

Having reviewed the objection and motion, the Court finds that the objection is meritorious. Accordingly, it is **ORDERED** that *Plaintiff's Objection and Motion to Strike Evidence Supporting Defendant's Motion for Summary Judgment* is **SUSTAINED**, and Exhibit 10 of *Defendant's Appendix in Support of Turnkey LLC's Motion for Summary Judgment* (ECF No. 41, pp. 86-88) is **STRUCK**.

**SO ORDERED** on this ___ **day** of _____, 2015.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE