IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC.<br>Plaintiffs, | § § § § § § § § § § § | CIVIL ACTION NO. 3:14-cv-00616-BF |
| V. | | |
| TURNKEY KIOSKS, LLC<br>Defendant. | | |

**APPENDIX IN SUPPORT OF DEFENDANT TURNKEY KIOSK, LLC'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S CONFIDENITAL APPENDIX AND PORTIONS OF PLAINTIFF'S CONFIDENTIAL RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Appendix 1-3 | Plaintiff's Initial Disclosure |
| Appendix 4-9 | Plaintiff's Objections and Answers to Defendant's First Set of Interrogatories |
| Appendix 10-12 | Correspondence from David Williams dated June 9, 2014 |
| Appendix 13-23 | Plaintiff's First Supplemental Objections and Answers to Defendant's First Set of Interrogatories |
| Appendix 24-26 | Correspondence from David Williams dated October 13, 2014 |
| Appendix 27 | Email correspondence from David Williams dated January 8, 2015 |
| Appendix 28-38 | Plaintiff's Second Supplemental Objections and Answers to Defendant's First Set of Interrogatories Exhibit 7: Declaration of Jordan Kelley |
| Appendix 39-42 | Plaintiff's First Amended Initial Disclosure |

DAVIS MILES MCGUIRE GARDNER, PLLC

By: /s/ David W. Williams
David W. Williams, admitted Pro Hac Vice
Joshua W. Carden
Texas Bar No. 24050379
545 E. John Carpenter Freeway, Suite 300
Irving, Texas 75062
P. 972.674.3885
F. 972.674.2935
jcarden@davismiles.com
Attorney for Defendant, TurnKey Kiosks, LLC

**CERTIFICATE OF SERVICE**

On February 25, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ David W. Williams
David W. Williams