IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:14-CV-00616-BF |
| | § | |
| TURNKEY KIOSKS, LLC | § | |

## JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's *First Amended Pretrial Scheduling Order* [Doc. 35], Jonathan LaMendola, counsel for Plaintiff Ganart Technologies, Inc. and David W. Williams, counsel for Defendant Turnkey Kiosks, LLC, conferred on April 29, 2015 via telephone and email and respectfully submit this, their Joint Settlement Status Report.

Counsel has engaged in a frank discussion of their client's respective positions and whether various agreements and actions by both parties could resolve the case. Counsel has agreed to continue these discussions after consulting with their clients in an effort to reach a compromise resolution of this matter, or if not possible, to narrow the issues for trial. Counsel has agreed that this case may benefit from mediation if direct negotiations do not and have agreed to schedule mediation if both counsel determine the use of a neutral third party would facilitate settlement discussions. Counsel expects that settlement discussion will be concluded within the next thirty (30) days and will notify the Court promptly if the matter has been settled or if an impasse has been reached, exhausting the potential for settlement.

**DATE:** May 1, 2015

Respectfully submitted,

By: */s/ Jonathan C. LaMendola            /*
     **JONATHAN C. LaMENDOLA**
     Texas Bar No. 00792637
     email: jlamendola@cobbmartinez.com
     **DAVID R. WOODWARD**
     Texas Bar No. 21975650
     email: dwoodward@cobbmartinez.com
     **BRIAN SAWYER**
     Texas Bar No. 24081967
     email: bsawyer@cobbmartinez.com

     **COBB MARTINEZ WOODWARD PLLC**
     1700 Pacific Avenue, Suite 3100
     Dallas, Texas  75201
     (214) 220-5204
     (214) 220-5254 (Fax)

     **ATTORNEYS FOR PLAINTIFF GANART TECHNOLOGIES, INC.**

By: */s/ David W. Williams*
     David W. Williams, admitted Pro Hac Vice
     Joshua W. Carden
     Texas Bar No. 24050379

     **DAVIS MILES MCGUIRE GARDNER, PLLC**
     545 E. John Carpenter Freeway, Suite 300
     Irving, Texas 75062
     P. 972.674.3885
     F. 972.674.2935
     jcarden@davismiles.com

     **ATTORNEYS FOR DEFENDANT, TURNKEY KIOSKS, LLC**

**JOINT SETTLEMENT STATUS REPORT—PAGE 2 OF 2**
136745