IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:14-CV-616-BF |
| | § | |
| TURNKEY KIOSKS, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On May 1, 2015, counsel informed the court that they had engaged in "a frank discussion" of their client's respective positions and whether various agreements and actions by both parties could resolve the case. *See* Doc. 56. Counsel represented that they had agreed to continue these discussions after consulting with their clients in an effort to reach a compromise resolution of this matter, or if not possible, to narrow the issues for trial. *Id.* Counsel further represented that they agreed that this case may benefit from mediation if direct negotiations were not successful.

Counsel shall file a joint status report on or before **June 15, 2015** advising the court as to the status of their settlement negotiations. The report should address whether the parties have resolved their dispute or, at least, narrowed the issues for trial. In particular, the parties should state whether any of the issues addressed in the pending motion for summary judgment have been resolved. If the matter has not settled, the parties should advise the court whether it would be appropriate to refer the case to mediation.

**IT IS SO ORDERED**, June 8, 2015

_/s/ Paul D. Stickney_
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE