IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:14-CV-00616-BF |
| | § | |
| TURNKEY KIOSKS, LLC | § | |

## JOINT SETTLEMENT STATUS REPORT

Pursuant to the Court's Order dated June 8, 2015 [Doc. 57], Jonathan LaMendola, counsel for Plaintiff Ganart Technologies, Inc. and David W. Williams, counsel for Defendant Turnkey Kiosks, LLC, have been continuing to confer by phone and email related to a possible settlement of this litigation. Counsel believes that a settlement is close, but still will require a few additional weeks to address final issues between the parties. The Parties will notify the Court by no later than June 30, 2015 if the matter has been settled, if an impasse has been reached, or if the Parties believe mediation should be ordered.

**DATE:** June 15, 2015

Respectfully submitted,

By: */s/Jonathan C. LaMendola*
    **JONATHAN C. LaMENDOLA**
    Texas Bar No. 00792637
    email: jlamendola@cobbmartinez.com
    **DAVID R. WOODWARD**
    Texas Bar No. 21975650
    email: dwoodward@cobbmartinez.com
    **BRIAN SAWYER**
    Texas Bar No. 24081967
    email: bsawyer@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5204
(214) 220-5254 (Fax)

**ATTORNEYS FOR PLAINTIFF GANART TECHNOLOGIES, INC.**

      By: */s/David W. Williams*
          David W. Williams, admitted Pro Hac Vice
          Joshua W. Carden
          Texas Bar No. 24050379

**DAVIS MILES MCGUIRE GARDNER, PLLC**
545 E. John Carpenter Freeway, Suite 300
Irving, Texas 75062
P. 972.674.3885
F. 972.674.2935
email: jcarden@davismiles.com

**ATTORNEYS FOR DEFENDANT, TURNKEY KIOSKS, LLC**

## CERTIFICATE OF SERVICE

On June 15, 2015, I electronically submitted the foregoing document with the clerk of the court of the U.S. District Court, Northern District of Texas, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

      */s/ Jonathan C. LaMendola*
      **JONATHAN C. LaMENDOLA**