

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

GANART TECHNOLOGIES, INC.,           §
                                     §
        Plaintiff,                   §
                                     §
v.                                   §
                                     §    NO. 3:14-CV-0616-BF
TURNKEY KIOSKS, LLC,                 §
                                     §
        Defendant.                   §

## ORDER

The court has been advised that this case has settled.  The parties are directed to file a stipulation of dismissal, approved and signed by all counsel of record, by **July 17, 2015.** *See* FED. R. CIV. P. 41(a)(1)(A)(ii) (authorizing dismissal of civil action by filing a stipulation of dismissal signed by all parties who have appeared in the action).  This case will be subject to dismissal without further notice, on terms set by the court, if a stipulation of dismissal is not filed within the time specified herein.

In view of this settlement, the case is removed from the court's trial docket, and all trial-related deadlines are vacated.  Defendant's motion for summary judgment (Doc. 37) and motion to strike (Doc. 49) are denied without prejudice.

SO ORDERED.

DATED: July 2 , 2015.


_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE