IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GANART TECHNOLOGIES, INC. | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 3:14-CV-00616-BF |
| | § | |
| TURNKEY KIOSKS, LLC | § | |

## AGREED STIPULATION OF DISMISSAL OF DEFENDANT

Plaintiff Ganart Technologies, Inc. and Defendant Turnkey Kiosks, LLC file this Agreed Stipulation of Dismissal pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41.

1. Plaintiff filed suit against Defendant seeking injunctive relief and damages related to Defendant's alleged breach of contract and misappropriation of trade secrets.

2. Defendant sought recovery of attorneys' fees from Plaintiff under TEXAS CIVIL PRACTICE & REMEDIES CODE §§ 38.001 and 134A.005.

3. The Parties have reached a settlement and now move to dismiss all of their claims subject to that agreement.

4. This case is not a class action nor has a receiver been appointed.

5. None of the Parties have dismissed a prior action based on or including the same claims presented in this suit.

6. The Parties' dismissal is with prejudice. Each party has agreed to pay their own litigation costs, including but not limited to attorneys' fees.

Dated: July 17, 2015.

**Respectfully submitted**,

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas  75201
(214) 220-5204
(214) 220-5254 (Fax)


By: */s/ Jonathan C. LaMendola*
    **JONATHAN C. LaMENDOLA**
    Texas Bar No. 00792637
    email: jlamendola@cobbmartinez.com
    **DAVID R. WOODWARD**
    Texas Bar No. 21975650
    email: dwoodward@cobbmartinez.com
    **BRIAN SAWYER**
    Texas Bar No. 24081967
    Email: bsawyer@cobbmartinez.com

**ATTORNEYS FOR PLAINTIFF GANART TECHNOLOGIES, INC.**

**-AND-**


**DAVIS MILES MCGUIRE GARDNER, PLLC**
545 E. John Carpenter Freeway, Suite 300
Irving, Texas 75062
(972) 674-3885
(972) 674-2935


By: */s/ David W. Williams*
    **DAVID W. WILLIAMS**, Admitted Pro Hac Vice
    **JOSHUA W. CARDEN**
    Texas Bar No. 24050379
    Email: jcarden@davismiles.com

**ATTORNEYS FOR DEFENDANT, TURNKEY KIOSKS, LLC**